AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**FERNANDO SILVA-JIMENEZ**<br>a/k/a "FERNANDO FERIA"<br><br>*Defendant(s)* | )<br>)<br>)   Case No. 8:17-MJ-1080-T-AAS<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 2, 2017__ in the county of __Pinellas__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8:1326(a) | Illegal alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Scott Spicciati, Deportation Officer, ICE-ERO
Printed name and title

Sworn to before me and signed in my presence.

Date: February 2, 2017

_____
Judge's signature

City and state: Tampa, Florida

AMANDA A. SANSONE, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement ("ICE"), Enforcement and Removal Operations ("ERO"), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal. My responsibilities include investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge, the knowledge of other law-enforcement officers, and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Fernando SILVA-JIMENEZ, *a/k/a* Fernando Feria, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about January 17, 2017, a Tarpon Springs probation officer notified the ICE-ERO Tampa office that he was supervising SILVA-JIMENEZ, a non-United States citizen born in Mexico on active felony probation.

5. On February 2, 2017, ICE-ERO officers found SILVA-JIMENEZ at the Tarpon Springs probation office in Pinellas County, which is within the Middle District of Florida.

6. Post-*Miranda*, SILVA-JIMENEZ stated that he was a Mexican citizen who had voluntarily reentered the United States without permission after deportation.

7. I performed a records check using the Central Index System ("CIS") and reviewed the documents contained within SILVA-JIMENEZ's Alien File ("A-File"). Upon reviewing these sources, I determined that SILVA-JIMENEZ is a native and citizen of Mexico who is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about June 7, 2007.

8. Fingerprints taken of SILVA-JIMENEZ were submitted through the Integrated Automated Fingerprint Identification System ("IAFIS") and compared with those taken prior to his removal from the United States. The IAFIS indicates that they are from the same person.

9. Computer record checks also indicate that SILVA-JIMENEZ was convicted of felony child abuse in Pinellas County, Florida, on or about November 15, 2016.

10. No information exists, either in the A-file or the computer databases, showing that SILVA-JIMENEZ had either requested or received permission from the Attorney General, the Secretary for the Department of Homeland Security, or any other immigration official to reenter the United States after his deportation.

## CONCLUSION

11. Based on the foregoing facts, I believe there is probable cause to establish that SILVA-JIMENEZ, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Scott Spicciati, Deportation Officer
ICE-ERO

Subscribed and sworn before me
This 2nd day of February, 2017.


_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge

T:\_Cases\Criminal Cases\S\Silva-Jimenez, Fernando_2017R0pend_KRO\x_Complaint Affidavit.doc

3